JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN M.,[1] | Case No. 5:24-cv-02479-MAR |
| Plaintiff, | JUDGMENT |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security,[2] | |
| Defendant. | |

It is the judgment of this Court that the final decision of the Commissioner of the Social Security Administration is **REVERSED**, and the action is **REMANDED** for further proceedings consistent with the Memorandum and Order.

DATED:  March 03, 2026

_____
MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano became Commissioner of Social Security on May 6, 2025.  Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as Defendant in this suit.