# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BRIAN MOWREY,

      Plaintiff,

    vs.

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant

) Case No.: 5:24-cv-02479-MAR
)
) {PROPOSED} ORDER AWARDING
) EQUAL ACCESS TO JUSTICE ACT
) ATTORNEY FEES AND EXPENSES
) PURSUANT TO 28 U.S.C. § 2412(d)
) AND COSTS PURSUANT TO 28
) U.S.C. §§ 1920; 2412
)
)
)
)

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,200.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $405.00 as authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE: 6/23/26

THE HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

-1-

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

    /s/ *Monica Perales*

BY: _____
    Monica Perales
    Attorney for plaintiff Brian Mowrey